**Order filed April 15, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00041-CR
———————

**RODNELL HERBERT TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1605840**

## ORDER

Appellant appeals his conviction for assault of a family member. Appellant's appointed counsel filed a brief in which counsel concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386

U.S. at 744.[1] Accordingly, the case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this court within thirty (30) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.


PER CURIAM


Panel Consists of Justices Jewell, Bourliot, and Hassan.

---

[1] Specifically, the *Anders* brief does not adequately address the sufficiency of the evidence to establish appellant and the complainant were in a dating relationship. *See* Tex. Fam. Code Ann. § 71.0021. Our decision should not be viewed as a determination of the merits of any issues raised in the brief or a limitation on any issue that may be raised in this appeal. Appellant's new appellate counsel should personally review the record to determine what issues should be raised in this appeal.